IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY M. WINE,

          Plaintiff,          ORDER

  v.

                                    08-cv-72-bbc

C.O. PONTOW, *et al.*

          Defendants.

---

JEREMY M. WINE,

          Plaintiff,          ORDER

  v.

                                    08-cv-173-bbc

WILLIAM POLLARD, *et al.*

          Defendants.

---

      On November 18, 2008, this court directed defendants' attorney to investigate plaintiff's allegations that prison officials had seized all of his legal materials in these two lawsuits, thereby undermining plaintiff's ability to litigate them. On November 19, 2008, the Office of the Attorney General contacted Racine Correctional Institution and learned that plaintiff always has had access to his materials. In fact, RCI staff twice has offered plaintiff access to all allowable material in his status (Program 1), which would include materials relating to active litigation; plaintiff refused both times, stating that if he could not have all of his property, then he did not want any of it. *See* dkt. 42 in Case No. 08-173. If plaintiff were to request his legal materials now, he still could get them, although it would not be an instantaneous turnaround.

      In light of this report, the current motion deadlines and briefing schedules remains in effect in both of these cases. It is ORDERED that plaintiff's motions for extensions (dkt. 78 in 08-72 and dkt. 41 in 08-173) are DENIED.

      Entered this 24th day of November, 2008.

                                                               BY THE COURT:

                                                              /s/
                                                      _____
                                                      STEPHEN L. CROCKER
                                                      Magistrate Judge