# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JEREMY M. WINE,

    Plaintiff,

v.

WILLIAM POLLARD, MICHAEL BAENEN, PETE ERICKSON, ANDREW SENN, BRETT VANDEWALLE, RICK RAEMISCH, JOHN BETT, DAN WESTFIELD and DENISE SYMDON,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-173-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
**by Deputy Clerk**

_____3/3/09_____
Date